UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| CHELAN COUNTY, WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation,<br><br>Defendant. | NO.   2: 14-CV-0044-TOR<br><br>COMPLAINT |

Plaintiff alleges:

<u>PARTIES</u>

1.    Plaintiff, Chelan County, Washington ("Chelan County"), is a domestic public entity organized under the laws of the State of Washington.

2.    Defendant, Bank of America, is a multinational banking and financial services corporation incorporated in Delaware and headquartered in Charlotte, North Carolina.  At all relevant times, Bank of America regularly conducted substantial business in this district.

## JURISDICTION AND VENUE

3. Chelan County is a citizen of Washington and Bank of America is a Delaware Corporation. Chelan County seeks recovery of damages in excess of $75,000, exclusive of interest and costs. Because complete diversity exists and the amount in controversy exceeds the jurisdictional minimum, this Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332(a).

4. Bank of America has sufficient contacts with Washington or otherwise has purposefully availed itself of benefits in Washington so as to render the exercise of personal jurisdiction over it consistent with traditional notions of fair play and substantial justice. Bank of America's wrongful acts or omissions occurred in whole or in part in Washington. Bank of America conducts substantial business in Washington State and maintains offices in this state.

5. Venue is proper in this district because Bank of America's wrongful conduct and Chelan County's injury occurred in whole or in part in this district.

## FACTS

6. Chelan County, Washington is a county of approximately 72,000 people. The county seat is Wenatchee.

7. The office of the Chelan County Treasurer is created by statute, RCW 36.29. Among the duties of the County Treasurer is the receipt and deposit of county funds.

COMPLAINT - 2

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

8. From 1995 through April 2013, the Chelan County Treasurer maintained accounts with Bank of America to cover the payroll and healthcare needs of four municipal groups of public employees: Chelan County Public Hospital District 1; Chelan County Public Hospital District 2; a group of Chelan County Public School Districts; and Chelan County itself, which included public employees from several smaller organizations. Each of these four municipal groups of public employees is referred to in this complaint as a "Taxing District."

The Unauthorized Transfers

9. Bank of America provided Chelan County and the Taxing Districts with Bank of America software for use in processing payroll requests via direct deposit. At all times material to this lawsuit, Chelan County and the Taxing Districts used the software provided by Bank of America.

10. On April 18, 2013, computer hackers initiated two unauthorized payroll requests from the account of Chelan County Public Hospital District 1 for $288,194.00 and $111,300.00. Bank of America processed these unauthorized requests and transferred funds as directed by the hackers.

11. On April 19, 2013, computer hackers again initiated an unauthorized payroll request from the account of Chelan County Public Hospital District 1 for $603,575.00. Bank of America processed this request and transferred funds as directed by the hackers.

12. The three unauthorized transfers on April 18 and 19, totaling

COMPLAINT - 3

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

approximately $1,003,069.00, are referred to in this complaint as the Unauthorized Transfers.

### Discovery of Fraud and Partial Recovery

13. On Monday, April 22, the Chelan Country Treasurer's staff became aware of suspicious activity in their accounts. The Chelan County Treasurer's staff contacted Bank of America and alerted the Bank to the suspicious activity.

14. Craig Scott, a Bank of America employee, contacted the Chelan County Treasurer's office later that morning and asked if a pending transfer request of $603,575.00 was authorized. No funds had been transferred at the time of the phone call. Theresa Pinneo, an employee in the Chelan County Treasurer's Office, responded immediately that the $603,575.00 transfer request was *not* authorized. Nonetheless, Bank of America processed the $603,575.00 transfer request and transferred funds as directed by the hackers.

15. Bank of America was ultimately able to recover only a portion of the Unauthorized Transfers.

16. The total loss to the Chelan County Treasurer's Office is not less than $600,000.

### COUNT ONE – LIABILITY PURSUANT TO RCW 62A.4A-201, ET SEQ.

17. Chelan County realleges and incorporates by reference all of its previous allegations.

COMPLAINT - 4

18. Pursuant to RCW 62A.4A-204, a bank is obligated to reimburse a customer for funds transferred pursuant to a payment order that is not authorized and not effective as an order of the customer under RCW 62A.4A-202.

19. The payment orders relating to the Unauthorized Transfers were not authorized and not effective as an order of Chelan County pursuant to RCW 62A.4A-202.

20. Bank of America has refused to reimburse Chelan County for the Unauthorized Transfers as required by RCW 62A.4A-204.

21. Bank of America is liable to Chelan County for all losses sustained as a result of the Unauthorized Transfers.

COUNT TWO – BREACH OF CONTRACT

22. Chelan County realleges and incorporates by reference all of its previous allegations.

23. Bank of America's unauthorized transfer of funds constitutes a breach of Bank of America's contractual relationship with Chelan County.

24. Bank of America is liable to Chelan County for all losses sustained as a result of the Unauthorized Transfers.

COUNT THREE – BREACH OF FIDUCIARY DUTY

25. Chelan County realleges and incorporates by reference all of its previous allegations.

26. As Chelan County's bank, Bank of America owed fiduciary duties to Chelan County that included, without limitation, the duties to safeguard Chelan County's funds and employ proper security procedures to ensure that parties other than Chelan County would not be able to effect transfers of funds from Chelan County's accounts by fraudulent means.

27. Bank of America's unauthorized transfer of funds constitutes a breach of Bank of America's fiduciary duties to Chelan County.

28. Bank of America is liable to Chelan County for all losses sustained as a result of the Unauthorized Transfers.

PRAYER FOR RELIEF

WHEREFORE, plaintiff requests the following relief:

1. Award of damages against Bank of America for not less than the net outstanding balance of the Unauthorized Transfers alleged above, plus interest.

2. Award of costs and attorney's fees.

3. Such other relief as the Court may deem just, equitable and proper.

COMPLAINT - 6

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

DATED this 31st day of January, 2014.

                    HALL ZANZIG CLAFLIN
                    McEACHERN PLLC


By   /s/ Spencer Hall
    Spencer Hall, WSB No. 6162
    E-mail: shall@hallzan.com
    Colin M. George, WSB No. 45131
    E-mail: cgeorge@hallzan.com
    1200 Fifth Avenue, Suite 1414
    Seattle, WA 98101
    Telephone: (206) 292-5900
    Fax: (206) 292-5901
    Attorneys for Plaintiff