| | |
|---|---|
| John T. John, WSBA #5461<br>Daniel J. Oates, WSBA #39334<br>GRAHAM & DUNN PC<br>2801 Alaskan Way, Suite 300<br>Seattle, Washington 98121<br>Telephone: (206) 624-8300<br>Email: jjohn@grahamdunn.com<br>        doates@grahamdunn.com<br><br>Attorney for Defendants | Honorable Thomas O. Rice |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELAN COUNTY, WASHINGTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; and BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendants. | No. 2:14-CV-00044-TOR<br><br>DEFENDANTS' NOTICE OF APPEARANCE |

TO:         Chelan County, Washington;

AND TO:  Spencer Hall and Colin M. George, their attorneys of record;

AND TO:  Clerk of the Court.

　　　PLEASE TAKE NOTICE that defendants Bank of America Corporation and Bank of America, N.A., without waiving insufficient service of process, lack of jurisdiction, or any other defense, hereby appears in the above-entitled action by the undersigned attorneys and requests that service of all papers and pleadings herein, except original process, be made upon the undersigned, attorneys for said party, at their offices stated below.

NOTICE OF APPEARANCE -- 1

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

m46245-2155720.docx

1
2       DATED this 16th day of April, 2014.
3                                      GRAHAM & DUNN PC
4
5                                      By s/Daniel J. Oates
                                          John T. John, WSBA# 5461
6                                         Email: jjohn@grahamdunn.com
                                          Daniel J. Oates, WSBA# 39334
7                                         Email: doates@grahamdunn.com
                                          Attorneys for Defendants
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE -- 2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

m46245-2155720.docx

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Defendants' Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each of the following:

> Spencer Hall
> Colin M. George
> Hall Zanzig Claflin McEachern
> 1200 Fifth Avenue, Suite 1414
> Seattle, WA 98101

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 16th day of April, 2014 at Seattle, Washington.

                                                  s/Elizabeth G. Pitman
                                                  Elizabeth G. Pitman

NOTICE OF APPEARANCE -- 3

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

m46245-2155720.docx