John T. John, WSBA #5461  
Daniel J. Oates, WSBA #39334  
GRAHAM & DUNN PC  
2801 Alaskan Way, Suite 300  
Seattle, Washington 98121  
Telephone: (206) 624-8300  
Email: jjohn@grahamdunn.com  
       doates@grahamdunn.com  

Honorable Thomas O. Rice

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELAN COUNTY, WASHINGTON, | No. 2:14-CV-00044-TOR |
| Plaintiff, | |
| vs. | DEFENDANTS' NOTICE OF APPEARANCE |
| BANK OF AMERICA CORPORATION, a Delaware Corporation; and BANK OF AMERICA, N.A., a national banking association, | |
| Defendants. | |

TO:           Chelan County, Washington;

AND TO:   Spencer Hall and Colin M. George, their attorneys of record;

AND TO:   Clerk of the Court.

PLEASE TAKE NOTICE that defendants Bank of America Corporation and Bank of America, N.A., without waiving insufficient service of process, lack of jurisdiction, or any other defense, hereby appears in the above-entitled action by the undersigned attorneys and requests that service of all papers and pleadings herein, except original process, be made upon the undersigned, attorneys for said party, at their offices stated below.

NOTICE OF APPEARANCE -- 1

**GRAHAM & DUNN** PC  
Pier 70, 2801 Alaskan Way ~ Suite 300  
Seattle, Washington 98121-1128  
(206) 624-8300/Fax: (206) 340-9599

m46245-2155720.docx

DATED this 16th day of April, 2014.

                             GRAHAM & DUNN PC

                             By s/John T. John
                                   John T. John, WSBA# 5461
                                   Email: jjohn@grahamdunn.com
                                   Daniel J. Oates, WSBA# 39334
                                   Email: doates@grahamdunn.com
                                   Attorneys for Defendants

NOTICE OF APPEARANCE -- 2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

m46245-2155720.docx

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Defendants' Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each of the following:

Spencer Hall
Colin M. George
Hall Zanzig Claflin McEachern
1200 Fifth Avenue, Suite 1414
Seattle, WA 98101

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 16th day of April, 2014 at Seattle, Washington.

s/Elizabeth G. Pitman
Elizabeth G. Pitman

NOTICE OF APPEARANCE -- 3

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

m46245-2155720.docx