| | |
|---|---|
| John T. John, WSBA #5461<br>Daniel J. Oates, WSBA #39334<br>GRAHAM & DUNN PC<br>2801 Alaskan Way, Suite 300<br>Seattle, Washington 98121<br>Telephone: (206) 624-8300<br>Email: jjohn@grahamdunn.com<br>            doates@grahamdunn.com | Honorable Thomas O. Rice |

Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELAN COUNTY, WASHINGTON,<br><br>               Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION,<br>a Delaware Corporation; and BANK OF<br>AMERICA, N.A., a national banking<br>association,<br><br>               Defendants. | No. 2:14-CV-00044-TOR<br><br>DEFENDANTS BANK OF AMERICA<br>CORPORATION AND BANK OF<br>AMERICA, N.A.'S  RULE 7.1(A)<br>DISCLOSURE STATEMENT |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Bank of America Corporation[1] and Bank of America, N.A. (referred to collectively as "BANA") hereby files their Disclosure Statement, and in support thereof would respectfully show the Court as follows:

1.    Defendant Bank of America, N.A., is a National Association, and wholly-owned subsidiary of BANA Holding Corporation, which is a wholly-

---

[1] BANA denies that Bank of America Corporation is a proper party to this action.

DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S  RULE 7.1(A) DISCLOSURE STATEMENT - 1

m46245-2217021.docx

owned subsidiary of BAC North America Holding Company, which is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned subsidiary of Bank of America Corporation, which is a publicly-held entity.

2. No publicly-held corporation owns more than 10% of Bank of America Corporation.

Dated: September 4, 2014.

**BANK OF AMERICA, N.A.**

*By Counsel*

s/ *Daniel J. Oates*
Daniel J. Oates, Esquire
John T. John, Esquire
GRAHAM & DUNN, P.C.
Pier 70
Alaskan Way- Suite 300
Seattle, Washington 98121
Tel: 206-340-9631
Fax: 206-340-9599
DOates@GrahamDunn.com
JJohn@GrahamDunn.com

Heather A. Britton, Esquire
*Admitted pro hac vice*
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
hbritton@mcguirewoods.com
*Counsel for Defendants*

DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S RULE 7.1(A) DISCLOSURE STATEMENT - 2

m46245-2217021.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each of the following:

>Spencer Hall
>Colin M. George
>Hall Zanzig Claflin McEachern
>1200 Fifth Avenue, Suite 1414
>Seattle, WA 98101

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 4th day of September, 2014 at Seattle, Washington.

>s/ *Daniel J. Oates*
>Daniel J. Oates, WSBA #39334

DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S RULE 7.1(A) DISCLOSURE STATEMENT - 3

m46245-2217021.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599