# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELAN COUNTY WASHINGTON,<br><br>                        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; and BANK OF AMERICA NA, a national banking association,<br><br>                        Defendants. | Case No. 2:14-CV-0044-TOR<br><br>CIVIL MINUTES<br><br>DATE: 9/4/2014<br><br>LOCATION: Spokane<br><br>TELEPHONIC SCHEDULING CONFERENCE |

| JUDGE THOMAS O. RICE | | | |
|---|---|---|---|
| Linda Hansen<br><br>**Courtroom Deputy** | **Law Clerk** | **Interpreter** | Kim Allen<br><br>**Court Reporter** |
| Spencer Hall, Jr.<br>Colin George<br><br>**Plaintiff's Counsel** | | Daniel J Oates<br>Heather A Britton<br><br>**Defendants' Counsel** | |

[ ] **Open Court**                [ ] **Chambers**                [X] **Telephonic**

All parties present by telephone.

The parties' Joint Status Certificate and Proposed Discovery Plan has been reviewed by the Court.

Court advised counsel that he is available for informal discovery conferences, if needed, and that the Magistrate Judges in this district are available to assist with mediation.

The Court established the following Schedule:

        Add Parties/Amend Pleadings:     10/31/2014
        Joint Expert Disclosure:              02/16/2015
        Joint Rebuttal Expert Disclosure:   03/16/2015
        Bench Trial:                           07/06/2015 in Spokane

[ X ] ORDER FORTHCOMING

| CONVENED: 9:00 AM | ADJOURNED: 9:08 AM | TIME: 8 MINS | CALENDARED [ ] |
|---|---|---|---|