UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELAN COUNTY, WASHINGTON,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; and BANK OF AMERICA, N.A., a national banking association,<br><br>          Defendants. | NO: 2:14-CV-0044-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 109). The parties stipulated that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

2. All pending motions are denied as moot.

3. All pending hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 18, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2